**George C. BARKLEY, Plaintiff-Appellant,**

v.

**COMMERCIAL CREDIT CORPORATION, Defendant-Appellee.**

**No. 30128.**

United States Court of Appeals, Fifth Circuit.

Feb. 25, 1971.

Albert Sidney Johnston, Jr., Biloxi, Miss., Johnston & Felder, Pascagoula, Miss., for plaintiff-appellant.

Ben H. Stone, Eaton, Cottrell, Galloway & Lang, Gulfport, Miss., for defendant-appellee.

1. *See* NLRB v. Amalgamated Clothing Workers of America, 430 F.2d 966 (5th Cir. 1970).

* Rule 18, 5 Cir. See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New

Before RIVES, THORNBERRY and CLARK, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

**UNITED STATES of America, Plaintiff-Appellee,**

v.

**William Thomas McGOVERN, Defendant-Appellant.**

**No. 30612**

**Summary Calendar.***

United States Court of Appeals, Fifth Circuit.

Feb. 25, 1971.

Rehearing Denied March 17, 1971.

William T. McGovern, pro se.

James Sideris, Gulfport, Miss., for defendant-appellant.

Robert E. Hauberg, U. S. Atty., E. Donald Strange, Daniel E. Lynn, Asst. U. S. Attys., Jackson, Miss., for plaintiff-appellee.

Before GEWIN, GOLDBERG and DYER, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.**

York et al., 5 Cir. 1970, 431 F.2d 409, Part I.

** See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966.